# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aman Kumar, | No. CV-26-03210-PHX-AMM (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner Aman Kumar filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Magistrate Judge Fine ordered Respondents to show cause why the Petition should not be granted. (Doc. 14.) In the response, Respondents state: "Respondents do not oppose the habeas petition nor the requested relief of release from custody." (Doc. 15.) The Court accepts this concession as non-opposition to granting the Petition.

Accordingly,

**IT IS ORDERED:**

(1)     Reference to the referred Magistrate Judge is **WITHDRAWN**.

(2)     Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.)

(3)     Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(4)     Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

(5)    Any pending motions are **DENIED AS MOOT**.

(6)    The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 11th day of August, 2026.

_____
Honorable Angela M. Martinez
United States District Judge

- 2 -